UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

SAMSONITE IP HOLDINGS S.àr.l. and
SPECULATIVE PRODUCT DESIGN, LLC,

                    Plaintiffs,

-against-

SHENZHEN LIANGYIYOU E-COMMERCE
CO., LTD. a/k/a SHENZHEN LIANGYIYOU
ELECTRONIC COMMERCE CO., LTD. a/k/a
SHENZHEN CITY LIANGYIYOU E-
COMMERCE LIMITED COMPANY a/k/a
SHENZHEN CITY LIANGYIYOU
ELECTRONIC COMMERCE LIMITED
COMPANY d/b/a LIOEO, d/b/a LIOEO US, d/b/a
LIO US, and JOHN AND JANE DOES A-Z
(UNIDENTIFIED); and XYZ COMPANIES 1-10
(UNIDENTIFIED),

                    Defendants.

---

19cv02564 (PGG) (DF)

**SCHEDULING ORDER
FOR A DAMAGES INQUEST**

**DEBRA FREEMAN, United States Magistrate Judge:**

On November 4, 2019, the Honorable Paul G. Gardephe U.S.D.J., entered an Order of Default and Permanent Injunction against defendant Shenzhen Liangyiyou E-Commerce Co., Ltd. ("Defendant") (Dkt. 37), and referred the matter to this Court for the purpose of conducting an inquest with respect to the amount of damages that should be awarded to plaintiffs Samsonite IP Holdings S.àr.l. and Speculative Product Design, LLC (collectively, "Plaintiffs"), upon Defendant's Default (*see* Dkt. 38). On February 10, 2020, Plaintiffs wrote to this Court, requesting that it set a schedule for the submission of evidence and any other written arguments, in connection with a damages inquest. (*See* Dkt. 40.) Accordingly, it is hereby ORDERED that:

1. No later than March 31, 2020, Plaintiffs shall serve on Defendant and file (with a courtesy copy to my Chambers) Proposed Findings of Fact and Conclusions of Law concerning damages ("Proposed Findings"). Plaintiffs shall include, with such service, a copy of this Order.

2. Plaintiffs' Proposed Findings should specifically tie their proposed damages figure(s) to the legal claim(s) on which liability has now been established; should demonstrate how Plaintiffs arrived at the proposed damages figure(s); and should be supported by a sworn affidavit, or a declaration under penalty of perjury, that attaches as exhibits and contains an explanation of any documentary evidence that helps establish the proposed damages.

3. Further, to the extent that Plaintiffs seeks attorneys' fees and litigation costs, Plaintiffs' submissions should:

   a. provide copies of their attorneys' contemporaneous time records, so that this Court may assess whether the requested fees are reasonable, *see New York Ass'n for Retarded Children, Inc. v. Carey*, 711 F.2d 1136, 1148 (2d Cir. 1983);

   b. address the reasonableness of the hourly rates of the attorneys working on the matter and their support staff, *see Arbor Hill Concerned Citizens Neighborhood Ass'n v. Cnty. of Albany*, 522 F.3d 182, 190 (2d Cir. 2008); and

   c. provide copies of invoices or other documentation substantiating the amount of costs that have been incurred.

4. Defendant shall submit a response, if any, to Plaintiffs' submissions no later than April 30, 2020. Defendant is cautioned that, as a corporate entity, it may not appear in this Court without an attorney, and therefore any response that it seeks to file, including any request for a hearing on damages, *must be made through counsel* for that response to be considered by the Court.

5. IF DEFENDANT FAILS TO RESPOND TO PLAINTIFFS' SUBMISSIONS BY APRIL 30, 2020, THEN THIS COURT WILL PROCEED TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES ON THE BASIS OF PLAINTIFFS'

WRITTEN SUBMISSION ALONE. FURTHER, THIS COURT WILL NOT HOLD A HEARING ON DAMAGES, UNLESS THE DEFENDANT REQUESTS A HEARING, IN WRITING, BY APRIL 30, 2020. *See Action S.A. v. Marc Rich & Co.,* 951 F.2d 504, 508 (2d Cir. 1991) (Fed. R. Civ. P. 55(b)(2) "allows but does not require . . . a hearing"); *Fustok v. ContiCommodity Servs. Inc.,* 873 F.2d 38, 40 (2d Cir. 1989) ("[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.").

Dated: New York, New York
       February 28, 2020

SO ORDERED

*[signature]*
DEBRA FREEMAN
United States District Judge

Copies to:

Plaintiffs' counsel (via ECF)