**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SAMSONITE IP HOLDINGS S.ar.l. and
SPECULATIVE PRODUCT DESIGN, LLC,

                Plaintiffs,                19 **CIVIL** 2564 (PGG)(VF)

       -against-                                    <u>**JUDGMENT**</u>

SHENZHEN LIANGYIYOU E-COMMERCE CO.,
LTD. a/k/a SHENZHEN LIANGYIYOU ELECTRONIC
COMMERCE CO., LTD. a/k/a SHENZHEN CITY
LIANGYIYOU ECOMMERCE LIMITED COMPANY
a/k/a SHENZHEN CITY LIANGYIYOU
ELECTRONIC COMMERCE LIMITED COMPANY
d/b/a LIOEO, d/b/a LIOEO US, d/b/a LIO US, and JOHN
AND JANE DOES A-Z (UNIDENTIFIED); and
XYZ COMPANIES 1-10 (UNIDENTIFIED),

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 20, 2023, the R&R is adopted as follows: Plaintiffs are awarded 1) $1,195,363.62 in damages, consisting of $150,000 in Copyright Act statutory damages and $1,045,363.62 pursuant to the Lanham Act; (2) pre-judgment interest on damages, at the rate set out in 28 U.S.C. 1961(a), for the period from May 7, 2019, to December 20, 2023, in the amount of $139,173.02; (3) $56,132.62 in attorneys' fees; and (4) $2,009.40 in costs. Post-judgment interest on the entire amount will accrue from the date of judgment at the rate provided by 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:**  New York, New York

      December 21, 2023

                                                                          **RUBY J. KRAJICK**

                                                                            **Clerk of Court**

                              **BY:**      *K. Mango*

                                                                             **Deputy Clerk**